IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTENNATECH, LLC, ) | |
| ) | C.A. No. 14-501 (GMS) |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| MACY'S, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT MACY'S, INC.'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT**

Defendant Macy's, Inc. ("Macy's"), by and through its respective undersigned attorneys, respectfully requests that the Court dismiss Plaintiff Antennatech, LLC's ("Antennatech") Complaint pursuant to Fed. R. Civ. P. 12(b)(6) or, alternatively, order Antennatech to amend its Complaint to provide a more definite statement of its infringement allegations pursuant to Fed. R. Civ. P. 12(e). The grounds for this motion are set forth in the Opening Brief in Support, which is being filed contemporaneously herewith.

Dated: May 30, 2014

*Of counsel:*

Daniel H. Brean
Kent E. Baldauf, Jr.
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Boulevard, Suite 1200
Pittsburgh, PA 15222
(412) 471-8815

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendant Macy's, Inc.*

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTENNATECH, LLC, ) | |
| ) | C.A. No. 14-501 (GMS) |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| MACY'S, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

Now pending before the Court is Macy's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and, alternatively, for a more definite statement pursuant to Fed. R. Civ. P. 12(e). It is hereby **ORDERED** that Macy's motion is **GRANTED**.

**SO ORDERED THIS** __ day of _____, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE